# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**162**

**CAF 14-00148**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND VALENTINO, JJ.

---

IN THE MATTER OF CHAUTAUQUA COUNTY DEPARTMENT
OF HEALTH AND HUMAN SERVICES, ON BEHALF OF
ERICA L. HINSON, PETITIONER-APPELLANT,

V                                                         ORDER

MICHAEL J. PATTERSON, RESPONDENT-RESPONDENT.
(APPEAL NO. 6.)

---

JULIE B. HEWITT, MAYVILLE, FOR PETITIONER-APPELLANT.

---

Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, ___ AD3d ___ [Mar. 20, 2015]).

Entered:  March 20, 2015                     Frances E. Cafarell
                                             Clerk of the Court